UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL DOGGETT<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL NO. 5:18-CV-00855-OLG |
| RINOK CORP. AND<br>TALGAT USMANOV,<br>    Defendants | § § § | |

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action enter this *Joint Stipulation of Dismissal With Prejudice*, and notify the Court that all matters in controversy between them have been compromised and settled by agreement, with all costs borne by the party incurring same.

AGREED AS TO FORM AND SUBSTANCE:

BY: /s/ L. Brent Farney
L. Brent Farney
State Bar No. 06826580
THOMAS J. HENRY LAW PLLC
5711 University Heights Blvd, Suite 101
San Antonio, Texas 78249
PH: (210) 656-1000
FX: (888) 956-8001
E: bfarney-svc@thomasjhenrylaw.com
ATTORNEYS FOR PLAINTIFF,
MICHAEL DOGGETT

BY: /s/ Robert A. Valadez
Robert A. Valadez
State Bar No. 20221845
SHELTON & VALADEZ, PC
600 Navarro St., Suite 500

San Antonio, Texas 78205
PH:  (210) 349-0515
FX:  (210) 349-3666
E:  rvaladez@shelton-valadez.com

ATTORNEYS FOR
DEFENDANTS RINOK CORP. and
TALGAT USMANOV